# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00071-CV

## In re A.T.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The second amended petition for writ of mandamus is denied, and all pending motions in this cause are dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: February 24, 2026